## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

JUDGE ST. EVE
MAGISTRATE JUDGE KEYS
EDA

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:

Carlos Maciel Valadez, Javier Esquivel Torres,
and Adrian Padilla Rodriguez,
vs.
F. Espinoza Landscaping, Inc. and Fidel Espinoza,
individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Vincent H. Beckman III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Vincent H. Beckman III | |
| FIRM <br> Farmworker Advocacy Project | |
| STREET ADDRESS <br> 100 W. Monroe Suite 1800 B | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0152803 | TELEPHONE NUMBER <br> 312-347-7600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |