Case 1:08-cv-03702   Document 4   Filed 06/27/2008   Page 1 of 1

FILED: JUNE 27, 2008
08CV3702
JUDGE ST. EVE
MAGISTRATE JUDGE KEYS
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number:

Carlos Maciel Valadez, Javier Esquivel Torres,
and Adrian Padilla Rodriguez,
vs.
F. Espinoza Landscaping, Inc. and Fidel Espinoza,
individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| **NAME** (Type or print) <br> John E. Untereker | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ John E. Untereker | |
| **FIRM** <br> Working Hands Legal Clinic | |
| **STREET ADDRESS** <br> 77 W. Washington Street, Suite 1402 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290945 | **TELEPHONE NUMBER** <br> 312-795-9115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |