# United States District Court for the Northern District of Illinois

Case Number: 08CV3702          Assigned/Issued By: DAJ

Judge Name: ST.EVE              Designated Magistrate Judge: KEYS

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __08/05/08__ as to __FIDEL ESPINOZA,__
                                     (Date)
__F. ESPINOZA LANSCAPING INC._____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05