IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS MACIEL VALADEZ, JAVIER ESQUIVEL TORRES, and ADRIAN PADILLA RODRIGUEZ, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 08 C 3702 |
| F. ESPINOZA LANDSCAPING, INC. and FIDEL ESPINOZA, individually, | ) ) ) ) | Judge St. Eve Mag. Judge Keys |
| Defendants | ) | |

## PLAINTIFFS' INITIAL STATUS REPORT[1]

Plaintiffs Carlos Maciel Valadez, Javier Esquivel Torres, and Adrian Padilla Rodriguez, through their attorneys, submit the following status report:

1. **Attorneys of Record**

   For Plaintiffs:   Christopher J. Williams
   John E. Untereker
   Working Hands Legal Clinic
   77 W. Washington, Suite 1402
   Chicago, IL 60602.
   312-795-9115

   For Defendants:   Defendants F. Espinoza Landscaping, Inc. and Fidel Espinoza have not yet been served. Pursuant to FRCP Rule 4(d), a notice of lawsuit and request for waiver of service of summons was sent to Defendant on June 30, 2008 and was

---

[1] Defendants have not yet appeared or answered in this matter as of this date so this initial status report is filed by Plaintiffs only.

1

due on July 30, 2008. As of August 18, 2008, no one has contacted Plaintiffs' counsel on behalf of Defendants. Plaintiffs have issued formal summons and is having Defendants personally served.

2. **Basis for Federal Jurisdiction**

Federal jurisdiction for Plaintiffs' FLSA claim is based on the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). Pursuant to 28 U.S.C. §1331, this Court has original federal question jurisdiction over this matter. This Court has supplemental jurisdiction over Plaintiffs' state law claim pursuant to 28 U.S.C. §1367.

3. **Nature of the Claims**

Plaintiffs assert claims under the Fair Labor Standards Act, 29 U.S.C. §201 ("FLSA") for Defendants' alleged failure to pay overtime wages to Plaintiffs, for all time worked in excess of forty (40) in individual work weeks, and failure to pay the Federally mandated minimum wage for all time worked. Plaintiffs bring claims under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.*, ("IMWL"), for Defendant's alleged failure to pay overtime wages and pay the Illinois mandated minimum wage. Plaintiffs bring claims under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.*, ("IWPCA"), for Defendants' failure to pay all earned wages.

4. **Major Legal Issues**

   a. Whether the FLSA, IMWL, and IWPCA apply to Plaintiffs' claims;

   b. Whether the time Plaintiffs worked for Defendants in excess of forty (40) hours in individual work weeks is compensable as overtime work under the FLSA and IMWL;

   c. Whether the time Plaintiffs worked for Defendants is compensable at the Federal and Illinois mandated minimum wage under the FLSA and IMWL;

   d. Whether the fees and costs incurred by Plaintiffs in obtaining their H-2B visas and traveling to Defendants place of work should be paid by Defendants under the FLSA, the IMWL, and the IWPCA.

   e. Whether Defendants violated the FLSA, the IMWL, and the IWPCA, and, if so, whether the violation was intentional;

   f. Whether an exemption or defense to the FLSA, the IMWL, and the IWPCA apply to Plaintiffs' claims.

5. **Major Factual Issues**

   a. The number of hours that Plaintiffs worked in each work week;

   b. Plaintiffs' hourly wage;

   c. Plaintiffs' total compensation;

   d. Plaintiffs' fees and costs in obtaining an H-2B visas and traveling to Defendants place of work;

   e. Were deductions from Plaintiffs' earned wages authorized and total amount deducted, and,

   f. The amount of Plaintiffs' damages.

6. **Relief Sought By Plaintiffs**

   Plaintiffs seek one-and-one half times their regular rate of pay for all time worked in excess of forty (40) in individual work weeks, other unpaid wages and an equal

amount in liquidated damages and statutory penalties pursuant to the FLSA and the IMWL. Plaintiffs seek an amount equal to the unpaid Federal and Illinois minimum wages, and/or statutory penalties pursuant to the FLSA and IMWL. Plaintiffs seek an amount equal to their unpaid earned wages and/or statutory penalties pursuant to the IWPCA, and reasonable attorneys' fees and costs for bringing this action

7. **Pending Motions**

   There are no pending motions in this matter.

8. **Type of Discovery Needed**

   Plaintiffs intend to seek discovery on the amount of time Plaintiffs worked for Defendants in individual work weeks during the course of their employment, Plaintiffs' compensation as well as corresponding time and payroll records.

9. **Discovery Plan Proposal**

   Plaintiffs cannot propose discovery dates until after service of the Complaint is completed.

10. **Trial**

    Plaintiffs did not make a jury demand. Plaintiffs believe that the case will be ready for trial on or after March 2009. Plaintiffs cannot currently estimate the length of trial.

11. **Consent Before a Magistrate Judge**

    The parties cannot consent to go before a Magistrate Judge until the Defendants have appeared in this matter.

4

12. **Status of Settlement Discussions**

There have been no settlement negotiations to date as Defendants have not appeared in the case.

Respectfully submitted,

Dated: August 18, 2008

s/John E. Untereker
John E. Untereker
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 795-9115
One of Plaintiffs' Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiffs' Initial Status Report** was served via U.S. Mail on August 18, 2008 at:

F. Espinoza Landscaping, Inc.
c/o Frank L. West, Reg. Agent
9 Lakeshore Lane
Barrington, IL 60010

and

Fidel Espinoza
3902 E. Crystal Lake Ave.
Crystal Lake, IL 60014

s/John E. Untereker
John E. Untereker
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, IL 60602
312-795-9115