IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLOS MACIEL VALADEZ, JAVIER ESQUIVEL TORRES, and ADRIAN PADILLA RODRIGUEZ, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 08 C 3702 |
| F. ESPINOZA LANDSCAPING, INC. and FIDEL ESPINOZA, individually, ) ) ) ) | Judge St. Eve |
| | Mag. Judge Keys |
| Defendants ) | |

## NOTICE OF FILING

TO:   F. Espinoza Landscaping, Inc.
c/o Frank L. West, Reg. Agent
9 Lakeshore Lane
Barrington, IL 60010

and

Fidel Espinoza
3902 E. Crystal Lake Ave.
Crystal Lake, IL 60014

**PLEASE TAKE NOTICE** that on August 18, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' Initial Status Report**, copies of which are attached hereto.

|  |  |
|---|---|
| Dated: August 18, 2008 | Respectfully submitted, |
|  | s/John E. Untereker<br>John E. Untereker (ARDC# 6290945)<br>Working Hands Legal Clinic<br>77 W. Washington, Suite 1402<br>Chicago, Illinois 60602<br>312-795-9115<br><br>One of Attorneys for Plaintiffs |